# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUIS A. STEVENSON,<br><br>          Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br><br>          Defendant. | Civil No. 17-cv-575-JPG-CJP |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and against plaintiff Louis A. Stevenson.

DATED: March 1, 2018

                                                      **JUSTINE FLANAGAN,**
                                                      **Acting Clerk of Court**

                                                      **BY: s/Tina Gray**
                                                           **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**